IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| EDGAR SANDOVAL ROJAS A/K/A EDGAR ROJAS, | Case No. 1:21-cv-190 |
| Plaintiff, | Judge Matthew W. McFarland |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant. | |

ENTRY AND ORDER ADOPTING
REPORT AND RECOMMENDATIONS (DOC. 15) AND
GRANTING THE JOINT MOTION TO DROP PARTIES AND CLAIMS (DOC. 13)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 15), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed thereto, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby:

(1) **ADOPTS** said Report and Recommendation (Doc. 15) in its entirety;

(2) **GRANTS** the parties Joint Motion to Drop Parties and Claims (Doc. 13); and

(3) **DISMISSES WITHOUT PREJUDICE** all claims against Defendant Progressive Direct Insurance Company a/k/a Progressive Insurance Company a/k/a Progressive and Defendant Gary Moore. These defendants shall be terminated as parties to this case.

IT IS SO ORDERED.

                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF OHIO

By: _____
     JUDGE MATTHEW W. McFARLAND